**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **5:20-CR-5** |
| | § | |
| **CEDRIC ELLIS** | § | |

<u>**ORDER ADOPTING**</u>
<u>**THE REPORT AND RECOMMENDATION**</u>
<u>**OF THE UNITED STATES MAGISTRATE JUDGE**</u>

The above-styled matter was referred to the Honorable Caroline Craven, United States

Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal

Procedure.  Judge Craven conducted a hearing on September 14, 2020, in the form and manner

prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation

(document #29).   Judge Craven recommended that the Court accept Defendant's guilty plea and

conditionally approve the plea agreement.  She further recommended that the Court finally adjudge

Defendant as guilty of Count 1 of the Information, which charges a violation of 21 U.S.C.

§ 841(a)(1) and (b)(1)(B)(ii), possessing with intent to distribute a controlled substance. The Court

is of the opinion that the Report and Recommendation should be accepted. It is accordingly

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge

(document #29) is **ADOPTED**. It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.

Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence

report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the

Defendant **GUILTY** of Count 1 of the Information in the above-numbered cause and enters a

**JUDGMENT OF GUILTY** against the Defendant as to Count 1 of the Information.


**SIGNED this 29th day of September, 2020.**



ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE